DANIEL M. HOLLAND, Respondent, *v.* NELLIE HOLLAND et al., Defendants, and CORNELIUS HOLLAND et al., Appellants.

*Holland* v. *Holland,* 113 App. Div. 890, affirmed.
(Argued January 22, 1907; decided February 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 25, 1906, affirming a judgment in favor of plaintiff entered upon a verdict in an action under section 2653a of

the Code of Civil Procedure to have a certain paper writing theretofore admitted to probate as the will of Cornelius Holland, deceased, adjudged invalid and set aside.

*Albert H. Clark* and *Harry T. Dayton* for appellants.

*F. E. Cady* and *Frank C. Cushing* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT and CHASE, JJ. Taking no part: HISCOCK, J.